**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Mondesir Edwige, Sr. *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> Ventura County Department of Moorpark Unified School District *et al.*, <br><br> Defendants. | Case No. 2:25-cv-02437-AH-ADS <br><br> **FINAL JUDGMENT** |

For the reasons stated in the separate order of dismissal entered on May 21, 2025, this action is dismissed without prejudice.

This is a final judgment.

Dated: May 21, 2025

_____
HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE